```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY PERRI,                                                          JUDGMENT
                                                                        08-CV- 0451 (ARR)
                            Plaintiff,

    -against-


THE CITY OF NEW YORK;
THE ILLEGAL UNITS OF THE N.Y.P.D.;
And The So named individuals of their Unit;
JOHN DOE No. 1; JOHN DOE No. 2;
ANTHONY R. DISALVO; and JANE DOE,

                            Defendants.
-----------------------------------------------------------------X
```

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 17, 2009, dismissing the complaint without prejudice; it is

ORDERED and ADJUDGED that judgment is hereby entered dismissing the complaint without prejudice.

Dated: Brooklyn, New York
       November 17, 2009

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court